Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 1035
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtors
Carmencita R. Dorado
Teroso J Dorado

United States Bankruptcy Court
Northern District of California

In re:

Carmencita R. Dorado
Teroso J Dorado

        Debtors.

) Case No.: 09-56516
)
) **PRE-HEARING STATEMENT**
)
) Date: July 26, 2010
) Time: 2:00 p.m.
) Judge: Weissbrodt
)

**Date Objection Filed**:

The chapter 13 trustee filed an Objection on March 18, 2010. BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS filed an objection on October 1, 2009. Lockheed Federal Credit Union filed an objection on September 25, 2009 and Wachovia Mortgage filed an objection on September 30, 2009.

**Conference Dates:**

Counsel spoke to the office of the chapter 13 on April 27, 2009. Counsel emailed counsel for BAC on July 12, 2010.

**Issues:**

The trustee has requested various amendments including and an amended plan. An amended means test and statement of financial affairs has been filed. An amended plan has been prepared to address the objections of Lockheed. However, before an amended plan can be filed,

the debtor needs to resolve the valuation issue with BAC.

**Proposed Discovery:**

None

**Continued Hearing:**

The trustee and creditors need time to review amended plan and the valuation issue needs to be resolved.

Dated: July 12, 2010

                                                  /s/ Marc Voisenat
                                                Marc Voisenat, Attorney for Debtor

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 1035, Oakland, California 94612

OnJuly 12, 2010, I served the foregoing document described as: **PRE HEARING STATEMENT** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

Devin Derham-Burk
Chapter 13 Trustee
P.O. Box 50013
San Jose, Ca. 95150-0013

Richard J. Bauer, Jr., Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626

Dave McGraw
2890 North Main Street, Suite 307
Walnut Creek, Ca. 94597-2738

Lazaro E. Fernandez
3600 Lime Street, Suite 614
Riverside, Ca. 92501

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on July 12, 2010 at Oakland, California.

/s/ Marc Voisenat
Marc Voisenat, Attorney for Debtor